**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **CASE NO. 4:18-CR-00603-BSM-1**

**ISIAH DOZIER, JR.** **DEFENDANT**

# ORDER

Isiah Dozier, Jr.'s motion to reduce his sentence and to appoint counsel [Doc. No. 102] is denied because the retroactive application of Amendment 821 to the Federal Sentencing Guidelines does not reduce his sentencing range. *See* U.S.S.G. § 1B1.10(a)(2). This is true because the amendment merely reduces his criminal history points from 11 to 10, and therefore his criminal history category remains at level V.

Dozier's request for appointment of counsel is denied because there is no right to appointed counsel in sentence modification proceedings. *See United States v. Harris*, 568 F.3d 666, 669 (8th Cir. 2009) (per curiam).

IT IS SO ORDERED this 3rd day of September, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE